IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MARCUS D. WOODSON, )
)
        Plaintiff, )
)
v. ) Case No. CIV-15-422-D
)
CORRECTIONS CORP. OF AMERICA, )
)
        Defendant. )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell [Doc. No. 8] pursuant to 28 U.S.C. § 636(b)(1). Judge Purcell recommends that Plaintiff's Application for Leave to Proceed In Forma Pauperis be denied, and that this action be dismissed without prejudice unless Plaintiff pays the full $400 filing fee within 20 days. This recommendation is based on findings that Plaintiff is subject to filing restrictions under the "three strikes" provision of § 1915(g) and that his allegations are insufficient to satisfy the "imminent danger" exception provided by the statute.

Plaintiff, who appears *pro se*, has not filed a timely objection or requested additional time to object. Thus, the Court finds that Plaintiff has waived further review of the issues addressed by Judge Purcell in his Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6] is ADOPTED in its entirety. Plaintiff's Application for Leave to Proceed In Forma Pauperis [Doc. No. 2] is DENIED. Plaintiff shall pay the $400.00 filing fee for this action within 20 days from the

date of this Order. Failure to make full payment to the Clerk of Court by that date, or to show cause for a failure to do so, will result in the dismissal of this action without prejudice to refiling.

IT IS SO ORDERED this  15th  day of May, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE